UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ARNI LARUSSON p/k/a ICE STARR,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>JEREMY BIDDLE a/k/a Yung Bleu a/k/a Bleu Vandross;<br>TAQUARI HATCH a/k/a RESRV;<br>TORENCE HATCH a/k/a Boozie Badazz<br>BAD AZZ MUSIC SYNDICATE, LLC;<br>BAD AZZ MUSIC PUBLISHING, L.L.C.;<br>BAD AZZ RECORDS, L.L.C;<br>BAD AZZ MANAGEMENT, L.C.C.;<br>BAD AZZ, LLC<br>VANDROSS MUSIC GROUP, INC.;<br>SONY MUSIC ENTERTAINMENT;<br>COLUMBIA RECORDS, INC.;<br>EMPIRE DISTRIBUTION, INC.;<br>916 ENTERTAINMENT GROUP, LLC;<br>VICE AND PLAY PRODUCTIONS, LLC;<br>HORUS MUSIC LIMITED;<br>BROADBAND TV CORP d/b/a VISO Music; and<br>JOHN DOES NO. 1-20;<br><br>　　　　　Defendants. | Case No.1: 21-cv- 4895 |

### MOTION TO REPLACE DOCKET FILING

Comes now, Plaintiff, by and through his counsel and submits this Motion to Replace Docket Filing. The filing party requests the court to remove, seal and/or replace Exhibit 1 (Dkt 1-1) which was filed with the Complaint.

The filing party inadvertently filed Exhibit 1 without redacting the Plaintiff's Icelandic social security number. Counsel for plaintiff asks to replace this docket with a with a substituted

copy (attached to this motion).

Respectfully submitted, this **7th** day of **June, 2021.**

ANDERSONDODSON, P.C

*/s/ Penn Dodson*
**Penn A. Dodson (PD 2244)**
*penn@andersondodson.com*
11 Broadway, Suite 615
New York, NY  10004
(212) 961-7639 direct
(646) 998-8051 fax

So ordered.

*[signature]*
USDJ
6-17-21