UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **ARNI LARUSSON P/K/A ICE STARR**<br><br>Plaintiff,<br><br>v.<br><br>**JEREMY BIDDLE A/K/A YUNG BLEU A/K/A BLEU VANDROSS,** et al.<br><br>Defendants. | Case No. 1:21-cv-04895-JSR<br><br>**MOTION FOR DEFAULT JUDGMENT** |

Plaintiff, Arni Larusson, p/k/a Ice Starr, through undersigned counsel, hereby moves for entry of default judgment against Defendant 916 Entertainment a/k/a 916% Entertainment ("916") pursuant to SDNY Local Rule 55.2(a). As grounds therefore, Plaintiff states as follows:

## MOTION

Plaintiff brought his action for copyright infringement under the Copyright Act of 1976, 17 U.S.C. §101, et. seq. The default judgment sought is the damages and lost profits resulting from exploitation of the Plaintiff's works, as well as reasonable attorney's fees against Defendant 916. These damages and attorney's fees are set out in the Statement of Damages. The total fees and damages are in the amount of $ 131,744.88.

A complaint was filed in the Southern District of New York on June 2, 2021. The summons and complaint were delivered to Ms. Tiermeria Trienkard on behalf of 916 on July 13, 2021which was filed with the court on July 14, 2021 (Docket Entry No. 69). 916's Answer to the Complaint was due on August 3, 2021. To date, 916 has failed to respond to Plaintiff's Summons and Complaint, has not filed an Answer to the Complaint (or other responsive pleading), and has not

moved for a protective order within the time prescribed by law. Pursuant to Fed. R. Civ. P. 55(a) and Local Rule 55.1 the Clerk entered 916's default on August 17, 2021 (Docket Entry No. 101).

All other Parties to the Complaint, except for 916, were dismissed as set forth in the Stipulation of Voluntary Dismissal filed August 9th, 2021. Therefore, in accordance with SDNY Rule §55.2(a), the only "remaining parties to the action" are 916.

Therefore, having met the requirements of FRCP 55, SDNY 55.1 & SDNY 55.2(b) Plaintiffs request the court grants a Motion for Default Judgement.

This motion is supported by:

- the Declaration of Thomas E.M. Werge, Esq.
- the Statement of Damages and Declaration in support thereof
- a Memorandum of Law in accordance with SDNY Rule §7.1(b)
- a proposed form of default judgement
- All attachments, and prior relevant documents submitted in this case

Dated: February 2, 2022.	Respectfully submitted,

*/s/ Thomas E.M. Werge*
**Thomas E.M. Werge**
*tom@werge.law*
1627 Vine Street, Suite 200
Denver, CO 80206
(720) 507-5008 phone
(303) 486-5900 fax
*Pro hac vice*
*Attorneys for Plaintiff*