UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

Arni Larusson p/k/a Ice Starr

        Plaintiff,

v.

Jeremy Biddle a/k/a Yung Bleu a/k/a Bleu Vandross, et al.

        Defendants.

Case No. 1:21-cv-04895-JSR

**DEFAULT JUDGMENT**

---

This action having been commenced on June 6, 2021, by the filing of the Summons and Complaint, and a copy of the Summons and Complaint having been personally served on the defendant, 916 Entertainment a/k/a 916% Entertainment, on July 13, 2021, by personal service on Tiermeria Trienkard, agent for defendant's principal, and a proof of service having been filed on July 14, 2021, and the defendant not having answered the Complaint, and the time for answering the Complaint having expired, it is

ORDERED, ADJUDGED AND DECREED: That the plaintiff have judgment against defendant in the liquidated amount of $ 128,885.02 with interest accruing at _6_ % from the date of final judgment plus costs and disbursements of this action in the amount of $ 2,931.86 amounting in all to $ 131,816.88.

Dated: New York, New York
      _2/4/22_

                                            U.S.D.J. Jed S. Rakoff

                                            This document was entered on the docket on _2/8/22_.